ORIGINAL

FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0712

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0712

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SUSAN LEE HINRICH HAYNAL,

      Defendant and Appellant.

FILED

MAR 1 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 22, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 18 day of March, 2020.

_____
Chief Justice